**Electronically Filed**
**Supreme Court**
**SCPW-12-0000017**
**06-MAR-2012**
**10:00 AM**

NO. SCPW-12-0000017

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRIS GRINDLING, Petitioner,

vs.

THE HONORABLE SHACKLEY F. RAFFETTO, JUDGE OF THE CIRCUIT
COURT OF THE SECOND CIRCUIT, STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(S.P.P. NO. 10-1-0011)

ORDER DENYING MOTION FOR RECONSIDERATION

(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the motion for reconsideration of the February 21, 2011 order denying the petition for writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, March 6, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

